**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Kimberly Jean Brown, et al

(full name of plaintiff or petitioner)

vs.

CBS Broadcasting Inc  et al

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED**
**WITHOUT PREPAYING FEES OR**
**COSTS / FINANCIAL AFFIDAVIT**
**(NON-PRISONER CASE)**

Case number:  25cv12209

**Instructions:**  Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:**  I am one of the parties in this case.  I believe that I am entitled to the relief I am requesting in this case.  I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✔] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

[ ] to request an attorney

1. *Are you employed?*

   [ ] Yes    Name and address of employer: _____

   Total amount of monthly take-home pay: _____

   [✔] No    Date(s) of last employment: __April 2023__    Last monthly take-home pay: __approx $10,000__

2. *If married, is your spouse employed?*  [✔] Not married

   [ ] Yes    Name and address of spouse's employer: _____

   Total amount of spouse's monthly take-home pay: _____

   [ ] No    Date(s) of spouse's last employment:            Spouse's last monthly take-home pay:

3. *Other sources of income / money:*  For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (*list the 12-month total for each*)

   | | |
   |---|---|
   | Self-employment, business, or profession: | $ _____ |
   | Income from interest or dividends: | $ _____ |
   | Income from rent payments: | $ _____ |
   | Pensions, annuities, or life insurance: | $ _____ |
   | Disability or worker's compensation: | $ _____ |
   | Gifts (including deposits into any accounts in your name): | $ _____ |
   | Unemployment, public assistance, or welfare: | $ _____ |
   | Settlements or judgments (include any that are expected): | $ _____ |
   | **Any other source of money**: | $ student loan approx. 21,000 |

Rev. 2/2020

4. *Cash and bank accounts:* Do you and/or your spouse have any money in cash or in a checking or savings account? ☑ Yes ☐ No  If yes, how much? <u>less than $500</u>

5. *Other assets:* Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☑ Yes ☐ No

   If yes, list each item of property and state its approximate value:
   <u>I had interest in an RV, but abandoned it in 2021.  I had retirement/savings accounts but I</u>
   <u>exhausted them litigating related matters.</u>

6. *Dependents:* Is anyone dependent on you and/or your spouse for support? ☐ Yes ☑ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

7. *Debts and financial obligations:* List any amounts you owe to others:
   <u>approximate student loans: $100,000</u>

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney:*
   <u>My reputation has been destroyed by the actions I allege in this and related litigations. It is unlikely</u>
   <u>that I will be able to find another job until I clear my name.  I am prosecuting these matters full-time</u>
   <u>pro se. Also, BW Trust's only asset is the subject of the litigations. There are no funds to cover litigati</u>

**Declaration***:* I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: <u>09/21/2025</u>

<u>/s/ Kimberly Jean Brown</u>
*Applicant's signature*

<u>Kimberly Jean Brown</u>
*Printed name*

Rev. 2/2020