

BC

FILED
5/12/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Kimberly Jean Brown, et al | ) | Case: 25-cv-12209 |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Martha M. Pacold |
| CBS News and Stations, et al | ) | |
| Defendants | ) | |

### STATUS REPORT DATED MAY 12, 2026

Plaintiff Kimberly Brown ("Brown"), appearing pro se, submits this Status Report. Defendants have not yet been served and have not appeared. Accordingly, this report is submitted by Brown only.

### 1. Nature of the Case

This case was filed on or about October 6, 2026.  This is a RICO action for the conversion and exploitation of misappropriated property.

### 2. Jurisdiction

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 because Brown asserts claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §1962(a-d), and the Defend Trade Secrets Act ("DTSA"), 18 USC 1836.  Venue is proper in this District under [28 U.S.C. § 1391].

### 3. Status of Service

On April 6, 2026, the Court ordered the clerk's office to deliver the summonses for this matter to the US Marshall Service for service of process. The summonses were reissued on April 7, 2026 and the District Court Clerk's Office confirmed it delivered the summonses to the US Marshall's Office.

Plaintiff submitted to the pro se dropbox the required USM forms to accompany each summons.  On April 14, 2026, Plaintiff received stamped copies of the USM submissions (Ex. A).  Plaintiff confirmed with the Clerk's Office that nothing additional was required of Plaintiff to cause the US Marshall to serve the summonses.

The docket does not reflect that any summonses have been served. Plaintiff left messages for the U.S. Marshall's Office (312-353-5290,option 1) on May 4, 2026, May 7, 2026, May 11, 2026 and May 12, 2026 to confirm the status of service.  However, Plaintiff has not received a returned call.

Plaintiff requests any assistance that the Court can provide to facilitate the US Marshall's Office's service of process.

### 4. Parties
No Defendants have appeared or been served.

### 5. Pending Motions
None

**6. Anticipated Motions**

 Brown anticipates that Defendants may file motions under Rule 12 after service is completed.

**7. Discovery**

 Discovery has not commenced.

**8. Settlement**

 Settlement discussions have not occurred due to lack of service.

**9. Consent to Magistrate Judge**

 Brown does not consent to proceeding before a Magistrate Judge at this time.

Dated: May 12, 2026

 Respectfully submitted,

 By: /s/ Kimberly Jean Brown

 Kimberly Jean Brown, JD
  Plaintiff pro se
 1026 E. 46th St, Unit 2E
 Chicago, IL 60653
 (773) 673-0324
 Kim@PrivacyGladiators.com

 **CERTIFICATE OF SERVICE**

I certify that on May 12, 2026, I submitted this Status Report to the pro se dropbox and it will be served by CM/ECF on all counsel of record once filed.
.

/s/ Kimberly Jean Brown

Gmail

## Stamped Copies

1 message

EXHIBIT A

**Box-NoReply** <box-noreply@ilnd.uscourts.gov>
To: kim@privacygladiators.com <kim@privacygladiators.com>

Tue, Apr 14, 2026 at 9:42 AM

Please find attached your document(s) with the court stamp validating receipt.

DO NOT reply to this email. If you have any questions, please contact the Intake Desk at 312-435-5691.

### Electronic Filing Notification Option for Pro Se Litigants

If you are a pro se litigant, you may choose to receive notices of electronic filings via email. To enroll, visit www.ilnd.uscourts.gov, navigate to the "Forms" section, and download the **Appearance Form for Pro Se Litigants** or click here to be directed to the webpage.

---

**20 attachments**

    **R bl USM - standing oaks 2026-04-13 23.19.41_stamped_4142026103353.pdf**
    229 KB

    **R bl USM-Grand Prix_stamped_4142026103222.pdf**
    228 KB

    **R bl USM - Shannon 2026-04-13 23.19.38_stamped_4142026103159.pdf**
    227 KB

    **R bl USM-barbo_stamped_4142026103115.pdf**
    227 KB

    **R bl USM-Vaske_stamped_4142026103051.pdf**
    227 KB

    **R bl Usm-wilkins1_stamped_4142026103019.pdf**
    228 KB

    **R bl USM-Greeby_stamped_4142026102957.pdf**
    227 KB

    **R bl USM Cbs_stamped_4142026102933.pdf**
    228 KB

    **R bl USM-Goldston-1_stamped_414202610295.pdf**
    226 KB

    **R bl USM - williams 2026-04-13 23.19.38_stamped_4142026102840.pdf**
    227 KB

    **R bl USM-TECHSTARS_stamped_4142026102817.pdf**
    272 KB

    **R bl USM Chase_stamped_4142026102754.pdf**
    230 KB

**R bl USM -Goldstein 2026-04-13 23.19.37_stamped_4142026102730.pdf**
271 KB

Case: 1:25-cv-12209 Document #: 52 Filed: 05/12/26 Page 5 of 5 PageID #:287

**R bl USM -DTucker 2026-04-13 23.19.18_stamped_414202610272.pdf**
271 KB

**R bl USM -Lamb_stamped_4142026102639.pdf**
271 KB

**R bl USM -Goldstein_stamped_4142026102610.pdf**
271 KB

**R bl USM - standing oaks_stamped_4142026102542.pdf**
273 KB

**R bl USM - williams_stamped_4142026102521.pdf**
272 KB

**R bl USM - Shannon_stamped_4142026102450.pdf**
271 KB

**R bl USM -DTucker_stamped_4142026102422.pdf**
271 KB