



FILED
5/26/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

STORM VASKE

2823 NW 34th Ln

Ankeny, IA 50023

(312) 809-2641

Defendant, Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY JEAN BROWN, individually and on behalf of BROWN-WASHINGTON TRUST, Plaintiffs, vs. CBS BROADCASTING INC., et al., **including STORM VASKE, Defendants.** | **Case No. 1:25-cv-12209** **DEFENDANT STORM VASKE'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** (Assigned to the Hon. Martha M. Pacold) |

COMES NOW Defendant Storm Vaske, appearing pro se, and respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) for a 45-day extension of time to respond to Plaintiffs' Complaint. In support thereof, Defendant states as follows:

**BACKGROUND**

1. Plaintiffs Kimberly Jean Brown and Brown-Washington Trust filed the Complaint in this matter on or about October 6, 2025, initiating Case No. 1:25-cv-12209 in the United States District Court for the Northern District of Illinois, Eastern Division.

2. Defendant Storm Vaske was served via Alias Summons through the United States Marshals Service, Southern District of Iowa, on or about May 12, 2026, at 2823 NW 34th Ln, Ankeny, Iowa 50023.

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant's current deadline to answer or otherwise respond to the Complaint is 21 days from the date of service, making the response due on or about June 2, 2026.

4. Defendant has not previously requested any extension of time in this matter. This is Defendant's first such request.

### GOOD CAUSE EXISTS FOR THE REQUESTED EXTENSION

5. Defendant Storm Vaske is a self-represented litigant with no formal legal training. As this Court is aware, pro se defendants are entitled to reasonable latitude in navigating complex federal proceedings.

6. The Complaint in this matter is extraordinarily complex. It spans multiple counts including a civil claim under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. Section 1964; misappropriation of trade secrets under the Defend Trade Secrets Act (DTSA), 18 U.S.C. Section 1836; fraud; breach of joint venture agreement; tortious interference; conversion; unauthorized computer access; invasion of privacy; civil conspiracy; and intentional infliction of emotional distress. Sixteen separate counts are alleged against sixteen defendants, including numerous corporations and individuals.

7. RICO litigation is among the most complex areas of federal civil law. The pleading

requirements under RICO are demanding and require careful analysis of the specific allegations made against each named defendant. Preparing a legally adequate response to a complaint of this scope and complexity requires substantially more than 21 days, particularly for a self-represented litigant.

8. Defendant Storm Vaske was only recently served and has had limited time to review the lengthy Complaint, understand the nature of the claims asserted against him specifically, gather relevant records and documentation, and identify and consult with legal counsel.

9. Defendant is actively working to identify and retain legal counsel to assist in preparing a proper response. The complexity of this litigation and the number of claims at issue make it particularly important that Defendant have adequate time to seek legal representation before filing a response.

10. Defendant disputes all material allegations in the Complaint and intends to vigorously defend this action. A brief extension of time will not prejudice Plaintiffs. This case was filed in October 2025 and an Alias Summons was required to effect service, indicating that resolution of this matter is not imminent regardless of the present deadline.

11. Denial of the requested extension would significantly prejudice Defendant, a self-represented individual of limited means, by forcing him to respond to a sweeping 16-count federal complaint without adequate time to understand the allegations, gather supporting documentation, or obtain the assistance of counsel.

12. This motion is made in good faith and not for the purpose of delay.

**RELIEF REQUESTED**

**WHEREFORE, Defendant Storm Vaske respectfully requests that this Court enter an Order:**

(a) Granting Defendant a 45-day extension of time, up to and including July 17, 2026, to answer, move, or otherwise respond to Plaintiffs' Complaint; and

(b) Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

Signature: ___*Storm Vaske*___

Storm Vaske (Printed Name)

2823 NW 34th Ln

Ankeny, IA 50023

(312) 809-2641

Defendant, Pro Se

Date: _5.26.26_____

**CERTIFICATE OF SERVICE**

I, Storm Vaske, certify that on the date indicated below, I served a true and correct copy of the foregoing Motion for Extension of Time to Respond to Complaint upon Plaintiff Kimberly Jean Brown by the following method:

[ ] U.S. Mail, First Class, postage prepaid

[X] Electronic Mail

[ ] Other: _____

Plaintiff's Address/Email: Kimberly Jean Brown, 1026 E 46th St, Unit 2E, Chicago, IL 60653 | Kim@PrivacyGladiators.com | (773) 673-0324

Date: 5.26.26 _____

Signature: _____*Storm Vaske*_____

Storm Vaske (Printed Name)

Defendant, Pro Se

## AI DISCLOSURE CERTIFICATION

Generative artificial intelligence (Prosei AI powered by Claude Opus 4.6) was used in the preparation of this filing. The undersigned certifies that all factual assertions, legal authority, and citations have been independently reviewed and verified for accuracy.

Signature: _____*Storm Vaske*_____

Storm Vaske (Printed Name)

Defendant, Pro Se

Date: 5.26.26 _____