**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KIMBERLY JEAN BROWN, et al. <br><br> *Plaintiffs* <br><br> v. <br><br> CBS BROADCASTING INC., et al. <br><br> *Defendants* | Case No. 25-cv-12209 <br><br> Hon. Martha M. Pacold |

**DEFENDANT JPMORGAN CHASE BANK, N.A.'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER**

Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through undersigned counsel, respectfully requests an extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including July 3, 2026. Counsel for Chase has conferred with Plaintiff, who does not oppose this request. In support, Chase states as follows:

1.      Chase was served with a Summons and Plaintiff's Complaint on May 13, 2026.

2.      Under Fed. R. Civ. P. 12(a)(1), Chase's deadline to answer or otherwise file a responsive pleading is June 3, 2026.

3.      Chase requests a 30-day extension of time to answer or otherwise respond to the Complaint up to and including July 3, 2026.

4.      This is Chase's first request for extension of time to answer or otherwise plead.

5.      Plaintiff is proceeding in this case *pro se.* Her Complaint is 38 pages, names fifteen defendants, and asserts sixteen counts. Given the nature of the Complaint, including the complexity of the claims asserted, Chase requires additional time to analyze and prepare its response.

6. An extension of time at this early stage of the case will not cause unnecessary delay, in part because Plaintiff is still in the process of serving most defendants, who have not yet appeared.

7. Undersigned counsel also represent Defendant Erika Williams, who is a former Chase employee. Plaintiff has not yet served Ms. Williams, and Plaintiff has not otherwise requested that Ms. Williams waive service. Counsel anticipates coordinating Chase and Ms. Williams's responses, and additional time will facilitate that coordination.

8. Counsel for Chase has conferred with Plaintiff via email. Plaintiff does not oppose Chase's request for a 30-day extension of time.

WHEREFORE, Defendant JPMorgan Chase Bank, N.A. respectfully requests that the Court enter an order extending its time to answer or otherwise respond to Plaintiff's Complaint by 30 days, up to and including July 3, 2026.

Dated: May 28, 2026       By:    */s/Patricia Brown Holmes*

Patricia Brown Holmes
Lucas Thor Rael
Steven E. Vogel
RILEY SAFER HOLMES & CANCILA LLP
1 S. Dearborn Street, Suite 2200
Chicago, Illinois 60603
(312) 471-8700
pholmes@rshc-law.com
lrael@rshc-law.com
svogel@rshc-law.com

*Counsel for Defendants JPMorgan Chase Bank, N.A. and Erika Williams*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will serve a copy upon (1) counsel of record for all parties, and (2) Plaintiff Kimberly Jean Brown, who is proceeding *pro se* and has elected to receive electronic notice via email. *See* ECF No. 3.

By: */s/Patricia Brown Holmes*
Patricia Brown Holmes